IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE AROSTEGUY, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:07CV1350 AGF |
| SCHNUCKS MARKETS, INC., | ) ) ) | |
| Defendant. | ) | |

# ORDER

**IT IS HEREBY ORDERED** that Defendant's motion (Doc. #17) to compel discovery is **DENIED** as moot, based upon the representation to the Court by counsel for Defendant that Plaintiffs have responded to the discovery requests in question. This ruling is without prejudice to Defendant's right to file a motion challenging the adequacy of Plaintiffs' discovery responses.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of May, 2008.